# Court of Appeals
# of the State of Georgia

ATLANTA,___March 10, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A0563. ESQUIVEL et al. v. SOUTHFIRE NEWSPAPERS GROUP D/B/A THE ALMA TIMES.

Appellants' brief and enumerations of error were due on December 10, 2015 and have not been filed. Appellants have not sought an extension of time for filing. Accordingly, this appeal is DISMISSED pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*___03/10/2016_____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*